United States Courts
Southern District of Texas
ENTERED

APR 1 2 2006

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHYLLIS WEIR, | § § § § | |
| Plaintiff, | | |
| vs. | § § § § § § § § | CIVIL ACTION NO. H 04-4810 |
| CONSOLIDATED COMMUNICATIONS VENTURES COMPANY, | | |
| Defendant. | | |

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff Phyllis Weir's Response to Defendant Consolidated Communications Ventures Co.'s Motion for Summary Judgment. Based on the evidence and arguments of counsel, the Court is of the opinion that the Motion should be DENIED.

Accordingly, it is ORDERED that Defendant Consolidated Communications Ventures Co.'s Motion for Summary Judgment should be DENIED.

IT IS FURTHER ORDERED that all relief not expressly granted is hereby DENIED.

SIGNED this 12th day of April, 2006.

UNITED STATES DISTRICT JUDGE